Order entered August 25, 2020



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00611-CV

## THE CITY OF DALLAS, Appellant/Cross-Appellee

## V.

## MILLWEE-JACKSON JOINT VENTURE AND STEPHEN M. MILLWEE, Appellees/Cross-Appellants

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-04-07287-D**

### ORDER

Before the Court is appellees/cross-appellants' unopposed first motion for extension of time to file their cross-appellants' brief. Appellees/cross-appellants seek an extension to September 21, 2020, the same deadline as the current deadline for appellant's brief.

We note Local Rule 5 requires an appellee/cross-appellant to file a combined appellee's and cross-appellant's brief. *See* 5th Tex. App. (Dallas) Loc. R. 5(a)(2). Accordingly, we **DENY** the motion as premature.

/s/    ERIN A. NOWELL
JUSTICE